Trust Company of Chicago, administrator of estate of Raymond Budrick, deceased, and Eugene Sheehan, minor, by his father and next friend, John Sheehan, appellants, v. City of Chicago, appellee. Gen. No. 39,777.

Opinion filed February 15, 1938.

Lloyd T. Bailey, for appellants; Joseph W. Bailey and Clarence M. Dunagan, of counsel. Barnet Hodes, Corporation Counsel, for appellees; Alexander J. Resa and Arthur Chittick, Assistant Corporation Counsel, of counsel.

Mr. Presiding Justice Friend delivered the opinion of the court.